IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:23-MJ-2035 |
| TELLERICK SIMON, | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION PENDING FURTHER PROCEEDINGS
## PURSUANT TO THE BAIL REFORM ACT

On Monday, February 6, 2023, Defendant appeared before the undersigned for an initial appearance on a Criminal Complaint. An Assistant United States Attorney was present representing the Government. Federal Defender Services was present on behalf of Defendant. The Government moved for detention of Defendant under the Bail Reform Act, 18 U.S.C. § 3142(e) and § 3142(f)(1).

Defendant, through counsel, indicated that he waived the right to a detention hearing. Defendant executed a waiver waiving the right to a detention hearing and reserving the right to move for a detention hearing at a later date. Accordingly, pursuant to that waiver, the Court orders that Defendant be **DETAINED**, and Defendant shall be held in the custody of the United States Marshal until a detention hearing, if any, is held.

The Court directs that Defendant be committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**                                    ENTER:

                                                          /s/ Jill E. McCook
                                                          Jill E. McCook
                                                          United States Magistrate Judge